IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:18-cv-00365-MR

| | |
|---|---|
| ADAM W. HALL, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | |
| THOMAS A. HAMILTON, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on Plaintiff's Motion for Extension of Time to Complete Discovery and Respond to Court's Order [Doc. 22].

NCPLS was appointed to represent Plaintiff in this matter for purposes of discovery pursuant to Standing Order 3:19-mc-00060-FDW. [See Doc. 17]. On August 27, 2020, NCPLS filed the present motion to extend the discovery and dispositive motions deadlines. NCPLS explains that, due to the COVID-19 pandemic, mail to and from prisons has been delayed, making it more difficult to communicate with Plaintiff. Counsel for Defendant consents to a 60-day extension of time. Plaintiff's Motion will be granted for good cause shown.

**IT IS, THEREFORE, ORDERED** that Plaintiff's Motion for Extension of Time to Complete Discovery and Respond to Court's Order [Doc. 22] is

**GRANTED**, and the parties shall have until **November 2, 2020** to complete discovery and until **December 2, 2020** to file dispositive motions.

**IT IS SO ORDERED.**

Signed: September 19, 2020

Martin Reidinger
Chief United States District Judge