# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| ADAM W. HALL, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:18-cv-00365-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| THOMAS A. HAMILTON, | ) | |
| | ) | |
| Defendant. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's July 28, 2021 Memorandum of Decision and Order.

July 28, 2021

Frank G. Johns, Clerk
United States District Court